ACCEPTED
06-15-00121-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 11:56:13 AM
DEBBIE AUTREY
CLERK

No. 06-15-00121-CR

IN THE SIXTH DISTRICT COURT OF APPEALS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 11:56:13 AM
DEBBIE AUTREY
Clerk

**BILLY JOE SELMAN**

**V.**

**THE STATE OF TEXAS**

**On Appeal from the County Court at Law, Hill County, Texas
Trial Court Cause No. M0890-14**

### MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

To the Honorable Court of Appeals:

Appellee, The State of Texas, by and through her County Attorney, files this Motion for Extension of Time in Which to File Appellee's Brief, and in support of this motion states the following:

1. Appellee's brief in this case was due on November 13, 2015.

2. This Motion is filed pursuant to TEX. R. APP. P. 38.6(d) in compliance with TEX. R. APP. P. 10.5(b)(1).

3. This is Appellee's first motion for extension of time in which to file her brief.

4. Appellant is requesting an extension of time for the filing of her brief of forty-five (45) days to December 28, 2015.

5.  Attorney for Appellee is a two-attorney prosecutor office, and the Assistant County Attorney position has been open since September of 2015, leaving one prosecutor to handle the entire workload of the office.

For the foregoing reason, Appellee, the State of Texas, respectfully requests that this Court grant an extension of time of forty-five (45) days for the filing of Appellee's Brief to December 28, 2015.

Respectfully submitted,

THE STATE OF TEXAS


/s/ R. David Holmes


R. David Holmes
County Attorney
State Bar No. 24035160
P.O. Box 253
Hillsboro, Texas 76645
254-582-4047
FAX 254-582-4013
dholmes@co.hill.tx.us

**ATTORNEY FOR APPELLEE**

# CERTIFICATE OF SERVICE

I certify that a true copy of this Motion for Extension of Time to File Appellee's

Brief was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure

on each party or that party's lead counsel as follows:

Party:                  Billy Joe Selman
Lead attorney:          Ricardo De Los Santos
Address of service:     202 S. Main St., Cleburne, TX 76033
Method of service:      via email
Date of service:        November 25, 2015


                        /s/  R. David Holmes